**DEAN HANSELL, State Bar No. 93831**
**dhansell@dl.com**
**MARK J. NAGLE, State Bar No. 248873**
**mnagle@dl.com**
**DEWEY & LEBOEUF LLP**
**333 South Grand Avenue**
**Suite 2600**
**Los Angeles, CA 90071**
**Telephone: (213) 621-6000**
**Facsimile: (213) 621-6100**

**HEATHER L. CAPELL, Not Admitted in California**
**hcapell@dl.com**
**BOAZ I. GREEN, Not Admitted in California**
**bgreen@dl.com**
**DEWEY & LEBOEUF LLP**
**1101 New York Avenue, NW**
**Suite 1100**
**Washington, DC 20005**
**Telephone: (202) 986-8000**
**Facsimile: (202) 986-8102**

**Attorneys for Plaintiff**
**THE LOS ANGELES GAY AND LESBIAN COMMUNITY SERVICES CENTER**

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

The Los Angeles Gay and Lesbian Community Services Center,

Plaintiff,

vs.

Internal Revenue Service,

Defendant.

Case No. CV06-6122-DSF (FMOx)

**SUPPLEMENTAL DECLARATION OF MARK NAGLE IN SUPPORT OF PLAINTIFF THE LOS ANGELES GAY AND LESBIAN COMMUNITY SERVICES CENTER'S REPLY TO OPPOSITION TO PLAINTIFF'S ATTORNEYS' FEES AND LITIGATION COSTS**

I, Mark Nagle, declare as follows:

1. I am an associate at the law firm of Dewey & LeBoeuf LLP.

2. On January 22, 2008, I submitted a declaration in support of Plaintiff, The Los Angeles Gay and Lesbian Community Services Center's Motion for Attorneys' Fees and Litigation Costs. This declaration supplements my previous one.

3. Attached hereto as Exhibit 1 are true and accurate copies of the 29 pages produced by the IRS in January 2007.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on March 3, 2008 at Los Angeles, California.

Mark J. Nagle