1  DEAN HANSELL, STATE BAR NO. 93831
   dhansell@dl.com
2  MARK J. NAGLE, STATE BAR NO. 248873
   mnagle@dl.com
3  DEWEY & LEBOEUF LLP
4  333 South Grand Avenue
   Suite 2600
5  Los Angeles, California 90071-1530
   Telephone: (213) 621-6000
6  Facsimile: (213) 621-6100

7  HEATHER L. CAPELL, Not Admitted in California
   hcapell@dl.com
8  BOAZ I. GREEN, Not Admitted in California
   bgreen@dl.com
9  DEWEY & LEBOEUF LLP
   1101 New York Avenue, NW
10 Suite 1100
   Washington, DC 20005
11 Telephone: (202) 986-8000
   Facsimile: (202) 986-8102
12
   Attorneys for Plaintiff
13 THE LOS ANGELES GAY AND LESBIAN
   COMMUNITY SERVICES CENTER
14

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| The Los Angeles Gay and Lesbian Community Services Center, | Case No. CV06-6122-DSF (FMOx) |
|---|---|
| Plaintiff, | |
| vs. | **PROOF OF SERVICE** |
| Internal Revenue Service, | |
| Defendant. | |

PROOF OF SERVICE

I declare that I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within case; my business address is: Dewey & LeBoeuf LLP, 333 South Grand Avenue, Suite 2600, Los Angeles, CA 90071-1530.

On March 3, 2008, I served the following document(s) described as:

1. REPLY TO OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEYS FEES AND LITIGATION COSTS;

2. SUPPLEMENTAL DECLARATION OF DEAN HANSELL IN SUPPORT OF PLAINTIFF THE LOS ANGELES GAY AND LESBIAN COMMUNITY SERVICES CENTER'S REPLY TO OPPOSITION TO PLAINTIFF'S ATTORNEYS' FEES AND LITIGATION COSTS

3. SUPPLEMENTAL DECLARATION OF HEATHER L. CAPELL IN SUPPORT OF PLAINTIFF THE LOS ANGELES GAY AND LESBIAN COMMUNITY SERVICES CENTER'S REPLY TO OPPOSITION TO PLAINTIFF'S ATTORNEYS' FEES AND LITIGATION COSTS;

4. SUPPLEMENTAL DECLARATION OF MARK NAGLE IN SUPPORT OF PLAINTIFF THE LOS ANGELES GAY AND LESBIAN COMMUNITY SERVICES CENTER'S REPLY TO OPPOSITION TO PLAINTIFF'S ATTORNEYS' FEES AND LITIGATION COSTS;

5. PROOF OF SERVICE

on the following interested parties in this action:

Gerald Role, Esq.
U.S. Department of Justice
555 4th Street, Room 6809
Washington, D.C. 20001

[ ] (BY TELEFACSIMILE TRANSMISSION) at approximately _____ [ ] a.m. [ ] p.m., from the telefacsimile transmitting machine at the offices of Dewey & LeBoeuf LLP, 333 South Grand Avenue, Suite 2600, Los Angeles, CA 90071-1530, [facsimile number (213) 621-6100], to the attention of the following interested parties in this action, at addressee's facsimile no. as set forth above. This transmission was reported as complete and without error. The attached transmission confirmation report was properly issued by the transmitting facsimile machine.

[ ] (BY FEDERAL EXPRESS DELIVERY)

[ ] (BY MAIL) I caused to be served on parties in this action the said documents by placing a true copy thereof in a sealed envelope with postage fully prepaid

and then by sealing said envelope and depositing the envelope in the United States mail.

[X] (BY ELECTRONIC MAIL) I caused such documents to be served on the parties via CM/ECF e-mail.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on March 3, 2008, at Los Angeles, California.

*Evelyn Leon*
Evelyn Leon